**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 05-2433

BENNIE E. STEPP,

Plaintiff - Appellant,

versus

MICHAEL H. HOLLAND; B. V. HYLER; STEVE SCHAAB;
MARTY HUDSON, Trustees of the United Mine
Workers of America 1974 Pension Plan and
Trust; UNITED MINE WORKERS OF AMERICA 1974
PENSION PLAN AND TRUST,

Defendants - Appellees.

Appeal from the United States District Court for the Southern
District of West Virginia, at Beckley.  Joseph Robert Goodwin,
District Judge.  (CA-04-1062-5)

Submitted:  May 22, 2006            Decided:  July 12, 2006

Before MOTZ, TRAXLER, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Jerome J. McFadden, Princeton, West Virginia, for Appellant.
Glenda S. Finch, Deputy General Counsel, Christopher F. Clarke,
Senior Assistant General Counsel, UMWA HEALTH AND RETIREMENT FUNDS,
Office of the General Counsel, Washington, D.C., for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Bennie Stepp appeals from the district court's opinion and order upholding the decision by the Trustees of the United Mine Workers of America 1974 Pension Trust denying disability benefits. Stepp asserts that the Trustees' determination that there was no causal link between his mine injury and his disability constituted an abuse of discretion. After reviewing the record de novo, we find that the Trustees did not abuse their discretion in denying disability benefits. Therefore, we affirm the judgment of the district court. See Stepp v. Holland, No. 5:04-cv-01062 (S.D. W. Va. Nov. 17, 2005). We dispense with oral arguments because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process.

AFFIRMED